1

**THE HONORABLE JOHN H. CHUN**

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

MATTERPORT, INC., a Delaware
corporation,

CASE NO.  2:22-cv-00669-JHC

10

Plaintiff,

**STIPULATION AND
ORDER TO EXTEND THE TIME
FOR DEFENDANT TO ANSWER
PLAINTIFF'S COMPLAINT**

11

v.

12

13

APPLIANCE COMPUTING III, INC. D/B/A
SUREFIELD, a Delaware corporation,

**NOTE ON MOTION CALENDAR:
Tuesday, August 30, 2022**

14

Defendant.

15

16

        Plaintiff Matterport, Inc. ("Plaintiff"), by and through its counsel of record, respectfully

17

submits this Stipulation — and respectfully requests that the Court enter the subjoined proposed

18

order — to extend the time for Defendant Appliance Computing III, Inc. d/b/a Surefield

19

("Defendant") to answer Plaintiff's Complaint for Declaratory Judgment of Patent Invalidity and

20

Noninfringement (the "Complaint"), on behalf of itself and Defendant (collectively, the "Parties").

21

        1.      WHEREAS, on May 17, 2022, Plaintiff filed the Complaint against Defendant in

22

the above-captioned action [Dkt. No. 1];

23

        2.      WHEREAS, on August 9, 2022, Plaintiff served service of process on Defendant;

24

        3.      WHEREAS, Defendant's answer to Plaintiff's Complaint is due on August 30,

25

2022;

26

        4.      WHEREAS, Defendant's counsel is in the process of preparing requests to be

27

admitted *pro hac vice* in this action; Defendant has requested that Plaintiff accommodate an

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

extension of Defendant's deadline to respond to Plaintiff's Complaint to October 14, 2022; and Plaintiff has agreed to Defendant's request.

       5.      WHEREAS, this is the first request for an extension of time in this matter, and the requested extension is made in good faith and not for the purpose of delay or other procedural advantage.

       6.      ACCORDINGLY, the Parties stipulate and respectfully request to extend Defendant's deadline to answer Plaintiff's Complaint to October 14, 2022.  A proposed order is subjoined herewith.

       RESPECTFULLY SUBMITTED this August 30, 2022.

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/ Kit W. Roth*
Kit W Roth, WSBA No. 33059
(roth@goldfarb-huck.com)
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Phone: (206) 452-0260

**MARTON RIBERA SCHUMANN & CHANG LLP**

*/s/ Ryan J. Marton*
Ryan J. Marton, (admitted *pro hac vice*)
(ryan@martonribera.com)
548 Market St. Suite 36117
San Francisco, CA 94104
Phone: (415) 360-2511

**Attorneys for Plaintiff Matterport, Inc.**

STIPULATION TO EXTEND
DEADLINE TO ANSWER- 2
CASE NO. 2:22-cv-00669-JHC

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1

2

## <u>ORDER</u>

3        **IT IS ORDERED** that Defendant's deadline to answer Plaintiff's Complaint is extended to

4    October 14, 2022.

5        DATED this 30th day of August, 2022.

6

7

8    _____
     THE HONORABLE JOHN H. CHUN
9    UNITED STATES DISTRICT COURT JUDGE

10

11   Presented by:

12   */s/ Kit W. Roth*
     _____
     Kit W Roth, WSBA No. 33059
13   (roth@goldfarb-huck.com)
     925 Fourth Avenue, Suite 3950
14   Seattle, Washington 98104
     Phone: (206) 452-0260

15   */s/ Ryan J. Marton*
     _____
16   Ryan J. Marton, (admitted *pro hac vice*)
     (ryan@martonribera.com)
17   548 Market St. Suite 36117
     San Francisco, CA 94104
18   Phone: (415) 360-2511

19   **Attorneys for Plaintiff Matterport, Inc.**

20

21

22

23

24

25

26

27

STIPULATION TO EXTEND
DEADLINE TO ANSWER- 3
CASE NO. 2:22-cv-00669-JHC

**GOLDFARB & HUCK**
**ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

1

2
<u>**CERTIFICATE OF SERVICE**</u>

3
The undersigned certifies that the foregoing document was filed electronically with the

4
Clerk of the Court using the CM/ECF system on August 30, 2022 and was served via the Court's

5
CM/ECF system on all counsel of record.

6
Additionally, the undersigned certifies that the foregoing document was served upon

7
Nicole E. Glauser, counsel for Defendant via electronic mail at the following

8
address:   nglauser@dinovoprice.com.

9
DATED this August 30, 2022.

10
*/s/ Kit W. Roth*
Kit W. Roth, WSBA No. 33059

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION TO EXTEND
DEADLINE TO ANSWER- 4
CASE NO. 2:22-cv-00669-JHC

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260