THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTERPORT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>APPLIANCE COMPUTING III, INC. D/B/A SUREFIELD, a Delaware corporation,<br><br>Defendant. | CASE NO. 2:22-cv-00669-JHC<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>Wednesday, November 19, 2022 |

Plaintiff Matterport, Inc. ("Plaintiff"), by and through its counsel of record, respectfully submits this Stipulation – and respectfully requests that the Court enter the subjoined proposed order – to extend the time for Defendant Appliance Computing III, Inc. d/b/a Surefield ("Defendant") to answer Plaintiff's First Amended Complaint for Declaratory Judgment of Patent Invalidity and Noninfringement (the "First Amended Complaint"), on behalf of itself and Defendant (collectively, the "Parties").

1.   WHEREAS, on October 11, 2022, Plaintiff filed its First Amended Complaint against Defendant in the above-captioned action [Dkt. 11];

2.   WHEREAS, Defendant's answer to Plaintiff's Amended Complaint is currently due on October 25, 2022;

3.   WHEREAS, Defendant's counsel is in the process of preparing requests to be admitted *pro hac vice* in this action, Defendant has requested that Plaintiff accommodate an

STIPULATION TO EXTEND DEADLINE
TO ANSWER AMENDED COMPLAINT - 1
CASE NO. 2:22-cv-00669-JHC

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

extension of Defendant's deadline to respond to Plaintiff's Amended Complaint to November 1, 2022, and Plaintiff has agreed to Defendant's request;

4. WHEREAS, the requested extension is made in good faith and not for the purpose of delay or other procedural advantage;

5. ACCORDINGLY, the Parties stipulate and respectfully request to extend Defendant's deadline to answer Plaintiff's Amended Complaint to November 1, 2022. A proposed order is subjoined herewith.

RESPECTFULLY SUBMITTED this October 19, 2022.

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/ Kit W. Roth*
Kit W Roth, WSBA No. 33059
(roth@goldfarb-huck.com)
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Phone: (206) 452-0260

**MARTON RIBERA SCHUMANN & CHANG LLP**

*/s/ Ryan J. Marton*
Ryan J. Marton, (admitted *pro hac vice*)
(ryan@martonribera.com)
548 Market St. Suite 36117
San Francisco, CA 94104
Phone: (415) 360-2511

**Attorneys for Plaintiff Matterport, Inc.**

STIPULATION TO EXTEND DEADLINE
TO ANSWER AMENDED COMPLAINT - 2
CASE NO. 2:22-cv-00669-JHC

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

**ORDER**

**IT IS ORDERED** that Defendant's deadline to answer Plaintiff's Amended Complaint is extended to November 1, 2022.

DATED this 19th day of October, 2022.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

/s/ Kit W. Roth
Kit W Roth, WSBA No. 33059
(roth@goldfarb-huck.com)
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
Phone: (206) 452-0260

/s/ Ryan J. Marton
Ryan J. Marton, (admitted *pro hac vice*)
(ryan@martonribera.com)
548 Market St. Suite 36117
San Francisco, CA 94104
Phone: (415) 360-2511

**Attorneys for Plaintiff Matterport, Inc.**

STIPULATION TO EXTEND DEADLINE
TO ANSWER AMENDED COMPLAINT - 3
CASE NO. 2:22-cv-00669-JHC

**GOLDFARB & HUCK
ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on October 19, 2022 and was served via the Court's CM/ECF system on all counsel of record.

Additionally, the undersigned certifies that the foregoing document was served upon Nicole E. Glauser, counsel for Defendant via electronic mail at the following address: nglauser@dinovoprice.com.

DATED this October 19, 2022.

/s/ Kit W. Roth
Kit W. Roth, WSBA No. 33059

STIPULATION TO EXTEND DEADLINE
TO ANSWER AMENDED COMPLAINT - 4
CASE NO. 2:22-cv-00669-JHC

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260