UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTERPORT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>APPLIANCE COMPUTING III, INC. D/B/A SUREFIELD, a Delaware corporation,<br><br>Defendant. | CASE NO. 2:22-cv-00669<br><br>**JOINT STATUS REPORT** |

**JOINT STATUS REPORT**

Plaintiff Matterport, Inc. ("Matterport") and Defendant Appliance Computing III, Inc. d/b/a Surefield ("Surefield") hereby submit this further joint status report pursuant to the Court's order dated August 18, 2023, which stayed these proceedings pending resolution of the matter, *Appliance Computing III, Inc. d/b/a Surefield v. Redfin Corp.*, Case No. 6:20-cv-00376 (W.D. Tex.) (the "Texas Case") and directed the parties to provide a status report on the Texas Case every three months. *See* D.I. 25. This report follows the parties' prior Joint Status Reports dated November 18, 2024 (D.I. 31), August 16, 2024 (D.I. 30), May 16, 2024 (D.I. 29), February 14, 2024 (D.I. 27), and November 13, 2023 (D.I. 26).

The parties have no developments to report from the Texas Case. The post-trial briefing in the Texas Case, which was completed on October 21, 2022, still remains pending. The Court appointed a special master to review the briefing and file a report and recommendation.

The parties shall submit a further joint status report no later than **Monday, May 19, 2025**.

RESPECTFULLY SUBMITTED this 17th day of February 2025.

JOINT STATUS REPORT - 1
CASE NO. 2:22-cv-00669

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

| | |
|---|---|
| **GOLDFARB & HUCK ROTH RIOJAS, PLLC** | **LOWE GRAHAM JONES** |
| | |
| */s/ Kit W. Roth* | */s/ Mark P. Walters\** |
| Kit W Roth, WSBA No. 33059 | Mark P. Walters, WSBA No. 30819 |
| (roth@goldfarb-huck.com) | (walters@lowegrahamjones.com) |
| 925 Fourth Avenue, Suite 3950 | 1325 Fourth Avenue, Suite 1130 |
| Seattle, Washington 98104 | Seattle, Washington 98101 |
| Phone: (206) 452-0260 | Phone: (206) 381-3300 |
| | |
| **MARTON RIBERA SCHUMANN & CHANG LLP** | **DINOVO PRICE LLP** |
| | |
| */s/ Ryan J. Marton* | */s/ Andrew G. DiNovo\** |
| Ryan J. Marton, admitted *pro hac vice* | Andrew G. DiNovo, admitted *pro hac vice* |
| (ryan@martonribera.com) | (adinovo@dinovoprice.com) |
| 548 Market St. Suite 36117 | 7000 N. MoPac Expressway, Suite 350 |
| San Francisco, California 94104 | Austin, Texas 78731 |
| Phone: (415) 360-2511 | Phone: (512) 539-2626 |
| | |
| **Attorneys for Plaintiff Matterport, Inc.** | **Attorneys for Defendant Appliance Computing III, Inc. d/b/a Surefield** |

\*Via email authorization

JOINT STATUS REPORT - 2
CASE NO. 2:22-cv-00669

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system on February 17, 2025 and was served via the Court's CM/ECF system on all counsel of record.

DATED this February 17, 2025.

*/s/ Kit W. Roth*
Kit W Roth, WSBA No. 33059

JOINT STATUS REPORT - 3
CASE NO. 2:22-cv-00669

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260